# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-721
LT Case No. 2017-CA-1323

_____

DEANO S. ESPOSITA,

    Appellant,

    v.

SUNTRUST BANK, N.A.,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Deano S. Esposita, Kissimmee, pro se.

Gennifer L. Bridges, and Eric S. Golden, of Burr & Forman, LLP, Orlando, for Appellee.

September 5, 2023

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____